The City of New York, Respondent, v. Celestino De Marco, Appellant. — Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ. (Hotchkiss, J., dissented.)

In the Matter of the Application of Harry Black, Petitioner, for a Writ of Certiorari against Rudolph P. Miller, Superintendent of Buildings, Borough of Manhattan, and Another, Respondents.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Burton Thompson, Appellant, v. Jackson-Steinway Company, Respondent, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ. (Laughlin, J., dissented.)

Minnie Holstein, Respondent, v. Steeplechase Park Company, Appellant. Jacob Holstein, Respondent, v. Steeplechase Park Company, Appellant. — Judgments and orders affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. John J. Price, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. William Talbot, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Mary F. Kelly, as Administratrix, etc., Respondent, v. Pennsylvania Tunnel and Terminal Railroad Company and Union Switch and Signal Company, Appellants. — Judgment affirmed, with costs as to defendant Pennsylvania Tunnel and Terminal Railroad Company. (Ingraham, P. J., dissented.) Judgment reversed, with costs, and complaint dismissed, with costs, as to defendant Union Switch and Signal Company. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.